JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. HINSHAW, | Case No. 2:14-cv-6157-DDP-PLA |
| Plaintiff, | (Honorable Dean D. Pregerson) |
| vs. | **JUDGMENT IN FAVOR OF UNUM LIFE INSURANCE COMPANY OF AMERICA** |
| UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA, GROUP LIFE DISABILITY; THIRD PARTY PLANS, | |
| Defendant. | |

HINSHAW & CULBERTSON LLP
19800 MacArthur Boulevard
8th Floor
Irvine, CA 92612-2427
949-757-2800

36031094v1 0963956

# **JUDGMENT**

The Cross-Motions For Summary Judgment filed by Plaintiff George Hinshaw ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Unum") came on regularly for hearing before this Court on April 27, 2015, the Honorable Dean D. Pregerson, District Judge presiding. Appearances of the parties were noted in the record.

After considering the information contained in the Administrative Record, the parties' respective moving, opposition and reply papers, the arguments of counsel and Plaintiff, and all other matters presented to the Court, and for good cause appearing, this Court found that Unum's determination that Plaintiff was not entitled to benefits beyond August 23, 2014 was reasonable. Based on the Administrative Record, it was reasonable and within the terms of the subject long term disability plan for Unum to decide to terminate Plaintiff's benefits. The Court therefore GRANTED Unum's Cross-Motion for Summary Judgment, and denied Plaintiff's motion for summary judgment.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Judgment shall be entered forthwith in favor of Unum and against Plaintiff;

2. That Plaintiff be granted no relief in this action; and

3. That Unum be awarded its costs of suit incurred herein, including such reasonable attorneys' fees as may be allowed by case or statutory authorities.

DATED: June 05, 2015

*[signature: Dean D. Pregerson]*

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1

36031094v1 0963956